T. J. W. CORPORATION, Appellant, *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Argued December 6, 1937; decided January 4, 1938.

*Charles R. Barrett* and *Edward G. Bathon* for appellant.

*Paul Windels, Corporation Counsel* (*Paxton Blair, Oren Clive Herwitz* and *Nelson Rosenbaum* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.